COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 April 9, 2015
 No. 10-13-00412-CR
 DYLYN REED RICHARDS
 v.
 THE STATE OF TEXAS
 
 center-4254500
 From the 40[th] District Court
 Ellis County, Texas
 Trial Court No. 37254CR
 
--------------------------------------------------------------------------------
JUDGMENT

This Court has reviewed the briefs of the parties and the record as relevant to the issues raised in this proceeding. An incorrect section of the penal code was used in the judgment of conviction. Accordingly, the trial court's judgment of September 10, 2013 is modified to reflect that Richards was convicted pursuant to sections 49.08(a)(2) and 49.09(b-2) of the penal code, and is otherwise affirmed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK

 By: 3040380-17145000 
 Deputy Clerk